UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
----------------------------------------------------------X
ASEA/AFSCME Local 52 Health Benefits            Case No. CV-08-0531
Trust, and Claude Edwards, on behalf of
themselves and all others similarly situated,
                   Plaintiffs,
  -against-                                                **AFFIDAVIT OF SERVICE**

MERCK & CO, INC.; ET AL.
                   Defendants.
----------------------------------------------------------X
STATE OF NEW JERSEY      )
                                 :
COUNTY OF SOMERSET      )

      JAMES SWICKLE, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 29th day of January, 2007, at approximately 3:05 p.m., deponent served a true copy of the **Summons, Class Action Complaint and Rules and Procedures of Court of the Northern District of California** upon Merck & Co., Inc. at One Merck Drive, Whitehouse Station, New Jersey 08889 by personally delivering and leaving the same with Joan E. Dearborn, Administrative Assistant, who stated that she is authorized to accept service.

      Joan E. Dearborn is a white female, approximately 60-70 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 160 pounds, with black hair.

Sworn to before me this
30th day of January, 2007               JAMES SWICKLE

NOTARY PUBLIC, STATE OF NEW JERSEY
KAREN LEE SWICKLE
COMMISSION EXPIRES JANUARY 7, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
---------------------------------------------------------X
ASEA/AFSCME Local 52 Health Benefits      Case No. CV-08-0531
Trust, and Claude Edwards, on behalf of
themselves and all others similarly situated,
                    Plaintiffs,
    -against-                               **AFFIDAVIT OF SERVICE**

MERCK & CO, INC.; ET AL.
                    Defendants.
---------------------------------------------------------X
STATE OF NEW JERSEY      )
                                   :
COUNTY OF SOMERSET     )

    DUANE SANTOS, being duly sworn, deposes and says that he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 29th day of January, 2007, at approximately 3:15 p.m., deponent served a true copy of the **Summons, Class Action Complaint and Rules and Procedures of Court of the Northern District of California** upon Schering-Plough Corporation at 2000 Galloping Hill Road, Kenilworth, New Jersey 07033 by personally delivering and leaving the same with Cheryl Viessielli, Administrator, who stated that she is authorized to accept service.

    Cheryl Viessielli is a white female, approximately 55 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 165 pounds, with brown hair.

Sworn to before me this
30th day of January, 2007                     DUANE SANTOS

NOTARY PUBLIC, STATE OF NEW JERSEY
KAREN LEE SWICKLE
COMMISSION EXPIRES JANUARY 7, 2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------------X
ASEA/AFSCME Local 52 Health Benefits        Case No. CV-08-0531
Trust, and Claude Edwards, on behalf of
themselves and all others similarly situated,
                    Plaintiffs,
  -against-                                                                   **AFFIDAVIT OF SERVICE**

MERCK & CO, INC.; ET AL.
                    Defendants.
--------------------------------------------------------X
STATE OF PENNSYLVANIA    )
                                 :
COUNTY OF PHILADELPHIA   )

      __STAN KEYS__, being duly sworn, deposes and says that he/she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the __29th__ day of January, 2007, at approximately __2:32__ a.m./p.m., deponent served a true copy of the **Summons, Class Action Complaint and Rules and Procedures of Court of the Northern District of California** upon Merck/Schering-Plough Pharmaceuticals at 351 Sumneytown Pike, North Wales, PA 19454 by personally delivering and leaving the same with __MAUREEN HOWARD__ who stated that he/she hold the position of __legal associate__ and is authorized to accept service.

      __Ms. Howard__ is a __Caucasan__ male/female, approximately __49__ years of age, is approximately __5__ feet and __6__ inches tall, weighs approximately __130__ pounds, with __Brown__ hair.

Sworn to before me this
__29th__ day of January, 2007

                                                PROCESS SERVER
                                                STAN KEYS

NOTARY PUBLIC

NOTARIAL SEAL
PATRICIA MORRIN
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Nov 9, 2010