1  Elizabeth J. Cabraser (State Bar No. 083151)
   Barry R. Himmelstein (State Bar No. 157736)
2  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
3  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
4  Facsimile:  (415) 956-1008

5  Steven E. Fineman (State Bar No. 140335)
   Daniel E. Seltz
6  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   780 Third Avenue, 48th Floor
7  New York, NY 10017-2024
   Telephone: (212) 355-9500
8  Facsimile:   (212) 355-9592

9  *Attorneys for Plaintiffs*
   *[Additional Counsel on Signature Page]*

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | ASEA/AFSCME Local 52 Health Benefits Trust, and Claudia Edwards, on behalf of themselves and all others similarly situated, | Case No. 08 CV 0531 (JL) |
|---|---|---|
| 15 | | **CERTIFICATE OF INTERESTED ENTITIES** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | | |

22

23       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

24 associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a

25 financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial

26 interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

27

28

1  ALL PURCHASERS OF ZETIA AND VYTORIN SINCE APRIL 1, 2006, AS DEFINED IN
2  PARAGRAPHS 55 AND 56 OF THE CLASS ACTION COMPLAINT.

4  Dated: February 4, 2008          Respectfully submitted,

5                                   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

8                                   By:  \s\ *Barry R. Himmelstein*
                                         Barry R. Himmelstein

                                    Elizabeth J. Cabraser (State Bar No. 083151)
                                    Barry R. Himmelstein (State Bar No. 157736)
                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                    275 Battery Street, 30th Floor
                                    San Francisco, CA 94111-3339
                                    Telephone: (415) 956-1000
                                    Facsimile: (415) 956-1008

                                    Steven E. Fineman (State Bar No. 140335)
                                    Daniel E. Seltz
                                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                    780 Third Avenue, 48th Floor
                                    New York, NY 10017-2024
                                    Telephone: (212) 355-9500
                                    Facsimile:  (212) 355-9592

                                    Thomas M. Greene
                                    GREENE & HOFFMAN
                                    125 Summer Street, Suite 1410
                                    Boston, MA 02110
                                    Telephone: (617) 261-0040
                                    Facsimile: (617) 261-3558

                                    Christopher I. Brain
                                    Nancy A. Pacharzina
                                    TOUSLEY BRAIN STEPHENS PLLC
                                    1700 Seventh Ave., Suite 2200
                                    Seattle, WA 98101-1332
                                    Telephone: (206) 682-5600
                                    Facsimile: (206) 682-2992