Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.,
Schering-Plough Corporation and
Merck-Schering Pharmaceuticals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No.: C 08-0531 JL<br><br>NOTICE OF STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>Compl. Filed:   January 23, 2008<br>Trial Date:   None set<br>Disc. Cut-Off:   None set<br><br>Honorable James Larson |

1  Pursuant to Local Rule 6-1(a), the parties stipulate to an extension of time to answer, move or
2  otherwise respond to the Complaint pending a decision on centralization of this and other matters by
3  the Judicial Panel on Multidistrict Litigation ("MDL Panel") in MDL Docket No. 1938, *In re*
4  *Vytorin/Zetia Marketing, Sales a Product Liability Litigation*. Attached here to as Exhibit A is a true
5  and correct copy of the parties' signed agreement.

7  DATED: February 19, 2008.

8  REED SMITH LLP

10 BY:  /s/ Steven J. Boranian
       Steven J. Boranian
11     Attorneys for Defendants
       Merck & Co., Inc.,
12     Schering-Plough Corporation and
       Merck-Schering Pharmaceuticals

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 08-0531 JL                               – 1 –
NOTICE OF STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO
COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# EXHIBIT A

FEB-17-2008 13:26 From:        5109818249         To:6096203259            P.2/3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME Local 52 Health Benefits Trust, and Claudia Edwards, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>    Defendants. | CASE #: 3:08-cv-00531-JL<br><br>ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT PENDING DECISION ON TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

This matter having come before the Court on application of the Defendants for an extension of time to answer, move or otherwise respond to the Complaint pending a decision on centralization of this and other matters by the Judicial Panel on Multidistrict Litigation ("MDL Panel") in MDL Docket No. 1938, In Re Vytorin/Zetia Marketing, Sales and Products Liability Litigation, and the Plaintiffs having consented to the extension on the terms set forth below, it is hereby

ORDERED that the Defendants shall notify the Court of the decision of the MDL Panel within three business days after the MDL Panel issues its decision, and it is further

ORDERED that the time within which the Defendants may answer, move or otherwise respond to the Complaint in the above matter is hereby extended to a date to be

set at the first scheduling conference after the MDL Panel issues its decision, and it is further

ORDERED that if the Defendants file a responsive pleading in any other similar action pending in another federal district court, they shall notify the Plaintiffs' counsel before filing such a pleading, and the Plaintiffs may then file a motion to amend this Order. Defendants reserve the right to oppose such a motion.

The undersigned consent
to the form and substance
of the above Order

_____          _____
Barry R. Himmelstein                      Christopher J. Michie
Lieff, Cabraser, Heimann & Bernstein LLP  Dechert LLP

Attorneys for Plaintiffs                  Attorneys for Defendants