Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
Merck & Co, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No.: C 08-0531 JL<br><br>**DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local rule 3-16]<br><br>Compl. Filed:   January 23, 2008<br>Trial Date:       None set<br>Disc. Cut-Off:  None set<br><br>Honorable James Larson |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.
3
4  DATED: February 19, 2008.
5                                       REED SMITH LLP
6
7                                       By____/s/ Steven J. Boranian_____
                                            Steven J. Boranian
8                                           Attorneys for Defendant
                                            Merck & Co., Inc.

No.: C 08-0531 JL                              – 1 –
DEFENDANT MERCK & CO., INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS