Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Schering-Plough Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No.: C 08-0531 JL<br><br>**DEFENDANT SCHERING-PLOUGH CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local rule 3-16]<br><br>Compl. Filed:   January 23, 2008<br>Trial Date:     None set<br>Disc. Cut-Off:  None set<br><br>Honorable James Larson |

No.: C 08-0531 JL

DEFENDANT SCHERING-PLOUGH'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: February 19, 2008.

REED SMITH LLP

By____/s/ Steven J. Boranian____
Steven J. Boranian
Attorneys for Defendant
Schering-Plough Corporation