| | |
|---|---|
| 1 | Colleen T. Davies (SBN 111371) |
|   | Email: cdavies@reedsmith.com |
| 2 | Steven J. Boranian (SBN 174183) |
|   | Email: sboranian@reedsmith.com |
| 3 | Karen A. Braje (SBN 193900) |
|   | Email: kbraje@reedsmith.com |
| 4 | Alison B. Riddell (SBN 246120) |
|   | Email: ariddell@reedsmith.com |
| 5 | REED SMITH LLP |
|   | Two Embarcadero Center, Suite 2000 |
| 6 | San Francisco, CA 94111-3922 |

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
Merck-Schering Pharmaceuticals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No.: C 08-0531 JL<br><br>**DEFENDANT MERCK-SCHERING PHARMACEUTICALS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local rule 3-16]<br><br>Compl. Filed:   January 23, 2008<br>Trial Date:      None set<br>Disc. Cut-Off:   None set<br><br>Honorable James Larson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

No.: C 08-0531 JL

DEFENDANT MERCK-SCHERING PHARMACEUTICALS'
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

4 | DATED: February 19, 2008.

REED SMITH LLP

By   /s/ Steven J. Boranian
     Steven J. Boranian
     Attorneys for Defendant
     Merck-Schering Pharmaceuticals

No.: C 08-0531 JL

– 1 –

DEFENDANT MERCK-SCHERING PHARMACEUTICALS'
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS