Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.,
Schering-Plough Corporation and
Merck-Schering Pharmaceuticals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | No.: C 08-0531 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Compl. Filed:   January 23, 2008<br>Trial Date:   None set<br>Disc. Cut-Off:   None set<br><br>Honorable James Larson |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 19, 2008.

REED SMITH LLP

By   /s/ Steven J. Boranian
   Steven J. Boranian
   Attorneys for Defendants
   Merck & Co., Inc.,
   Schering-Plough Corporation and
   Merck-Schering Pharmaceuticals

No.: C 08-0531 JL — 1 —
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE