**RECEIVED**

UNITED STATES DISTRICT COURT

MAR 06 2008

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME Local 52 Health Benefits Trust, and Claudia Edwards, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | Case No. 08 CV 0531 (MMC)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>**E-Filing** |

Daniel E. Seltz, an active member in good standing of the bar of New York, whose business address and telephone number is:

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11 3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: MAR 12 2008 , 2008

_____
The Honorable Maxine M. Chesney
United States District Court Judge