Daniel E. Seltz
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASEA/AFSCME Local 52 Health Benefits Trust, and Claudia Edwards, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,<br><br>Defendants. | Case No. 08 CV 0531 (MMC)<br><br>**CERTIFICATE OF SERVICE** |

I, Daniel Seltz, declare:

I am a citizen of the United States and employed in New York County, New York. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 780 Third Avenue, 48th Floor, New York, New York 10017-2024. On March 14, 2008, I served a copy of the following document(s):

1. **Case Management Conference Order;**

2. **Standing Orders For Civil Cases Assigned to the Honorable Maxine M. Chesney; and**

3. **Certificate of Service.**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

| | | |
|---|---|---|
| | X | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at New York, New York addressed as set forth below. |
| | ☐ | by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. |
| | ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |

on the following recipient:

Steven J. Boranian, Esq.<br>
Reed Smith LLP<br>
Two Embarcadero Center, Suite 2000<br>
San Francisco, CA 94111

Executed on March 14, 2008, at New York, New York.

_____
Daniel Seltz