Colleen T. Davies (SBN 111371)
Email: cdavies@reedsmith.com
Steven J. Boranian (SBN 174183)
Email: sboranian@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Alison B. Riddell (SBN 246120)
Email: ariddell@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Merck & Co., Inc.,
Schering-Plough Corporation and
Merck/Schering-Plough Pharmaceuticals

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST, and CLAUDE EDWARDS, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

MERCK & CO., INC.; SCHERING-PLOUGH CORPORATION; and MERCK/SCHERING-PLOUGH PHARMACEUTICALS,

Defendants.

No.: C 08-0531 MMC

**NOTICE OF ENTRY OF ORDER TRANSFERRING CASES**

Compl. Filed: January 23, 2008
Trial Date: None set
Disc. Cut-Off: None set

Honorable Maxine M. Chesney

In accordance with the Court's prior Order, PLEASE TAKE NOTICE that on April 8, 2008, the Judicial Panel on Multidistrict Litigation ruled on the pending motions for centralization and transfer in *In re Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938. The Panel decided that the 33 actions which were the subject of the motion should be centralized and transferred to the United States District Court for the District of New Jersey. A copy of the Panel Order is attached to this Notice. This action is one of the cases transferred under the Panel Order. *See* Order, Exh. A.

DATED: April 11, 2008.

REED SMITH LLP

By /s/ Steven J. Boranian
Steven J. Boranian
Attorneys for Defendants
Merck & Co., Inc.,
Schering-Plough Corporation and
Merck/Schering-Plough Pharmaceuticals

DOCSSFO-12511619

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 08, 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1938

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in eleven actions have submitted five motions,[1] pursuant to 28 U.S.C. § 1407, for centralization of a total of 33 actions. No responding party opposes centralization, but there is disagreement over the selection of a transferee forum. Moving and responding plaintiffs variously support centralization in the following districts: the Northern District of California, the District of Colorado, the Middle District of Florida, the Eastern District of Louisiana, the District of Minnesota, the Southern District of Mississippi, the Eastern or Western District of Missouri, the District of New Jersey, the Southern District of New York, or the Northern District of Ohio. Responding defendants[2] support centralization in the District of New Jersey.

This litigation currently consists of 33 actions listed on Schedule A and pending in seventeen districts as follows: twelve actions in the District of New Jersey, three actions in the Northern District of California, two actions each in the District of Kansas, the Northern District of Mississippi, the Southern District of New York, and the Northern District of Ohio, and one action each in the Eastern District of California, the District of Colorado, the Middle District of Florida, the Southern District of Florida, the Eastern District of Louisiana, the District of Minnesota, the Eastern District of New York, the Southern District of Ohio, the Eastern District of Pennsylvania, and the District of Puerto Rico.[3]

---

[*] Judges Heyburn, Motz and Scirica did not participate in the disposition of this matter.

[1] Although additional submissions styled as "motions" were submitted to the Panel, they were docketed as responses in accordance with Panel Rule 7.2(h). *See* Rule 7.2(h), R.P.J.P.M.L., 199 F.R.D. 425, 434 (2001).

[2] Merck/Schering-Plough Pharmaceuticals; Merck & Co., Inc. (Merck); Schering-Plough Corp. (Schering-Plough); Schering Corp.; Schering-Plough Biopharma; Schering-Plough Healthcare Products, Inc.; Schering-Plough Healthcare Products Sales Corp.; Merck Sharp & Dohme (Italia) S.P.A.; MSP Singapore Co., LLC; and MSP Technology Singapore PTE, Ltd.

[3] In addition to the 33 actions now before the Panel, the parties have notified the Panel of 67 related actions pending in various districts across the country. These actions and any other related actions

On the basis of the papers filed and hearing session held, we find that these 33 actions involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share factual questions concerning allegations relating to the use and/or marketing of the drugs Vytorin and/or Zetia. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, including those with respect to certification of class actions; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of New Jersey is an appropriate transferee forum for this litigation. Because Merck and Schering-Plough have their corporate headquarters within the District of New Jersey, relevant discovery may be found there. In addition, transfer to this district enjoys the support of defendants and several plaintiffs.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of New Jersey are transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable Dennis M. Cavanaugh for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

John G. Heyburn II, Chairman*
Robert L. Miller, Jr.
David R. Hansen

J. Frederick Motz*
Kathryn H. Vratil
Anthony J. Scirica*

---

will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

**IN RE: VYTORIN/ZETIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1938

**SCHEDULE A**

Eastern District of California

George Artenstein v. Merck & Co., Inc., et al., C.A. No. 2:08-152

Northern District of California

Richard Haskin v. Merck & Co., Inc., et al., C.A. No. 3:08-376
ASEA/AFSCME Local 52 Health Benefits Trust, et al. v. Merck & Co., Inc., et al., C.A. No. 3:08-531
Helen Aronis v. Merck & Co., Inc., et al., C.A. No. 4:08-352

District of Colorado

Ronna Dee Kitsmiller, et al. v. Merck & Co., Inc., et al., C.A. No. 1:08-120

Middle District of Florida

Marion J. Greene v. Merck & Co., Inc., et al., C.A. No. 3:08-69

Southern District of Florida

Sam A. Ciotti v. Merck & Co., Inc., et al., C.A. No. 0:08-60077

District of Kansas

Charles Swanson, et al. v. Merck & Co., Inc., et al., C.A. No. 2:08-2040
John P. Dudley v. Merck & Co., Inc., et al., C.A. No. 6:08-1027

Eastern District of Louisiana

RoseAnn S. Flores v. Merck & Co., Inc., et al., C.A. No. 2:08-674

**MDL No. 1938 Schedule A (Continued)**

District of Minnesota

Jody Fischer v. Merck & Co., Inc., et al., C.A. No. 0:08-203

Northern District of Mississippi

Susan McCulley v. Merck & Co., Inc., et al., C.A. No. 2:08-16
Lisa Mims v. Merck & Co., Inc., et al., C.A. No. 4:08-10

District of New Jersey

Rita Polk v. Schering-Plough Corp., et al., C.A. No. 2:08-285
Jay Klitzner v. Schering-Plough Corp., et al., C.A. No. 2:08-316
Sandra Weiss v. Schering-Plough Corp., et al., C.A. No. 2:08-320
Lionel Galperin v. Merck & Co., Inc., et al., C.A. No. 2:08-349
Robert J. McGarry v. Merck & Co., Inc., et al., C.A. No. 2:08-350
Charles D. Maurer, et al. v. Schering-Plough Corp., et al., C.A. No. 2:08-393
Daniel A. Brown v. Merck & Co., Inc., et al., C.A. No. 2:08-395
Steven Knight v. Merck & Co., Inc., et al., C.A. No. 2:08-396
Ken W. Bever v. Schering-Plough Corp., et al., C.A. No. 2:08-430
David DeAngelis v. Schering-Plough Corp., et al., C.A. No. 2:08-431
Ciro Verdi, et al. v. Schering-Plough Corp., et al., C.A. No. 2:08-432
Marilyn Woodman v. Schering-Plough Corp., et al., C.A. No. 2:08-437

Eastern District of New York

Sigmond Tomaszewski v. Merck & Co., Inc., et al., C.A. No. 1:08-258

Southern District of New York

Joyce B. Rheingold, et al. v. Merck & Co., Inc., et al., C.A. No. 1:08-438
Stanley Levy, et al. v. Merck & Co., Inc., et al., C.A. No. 1:08-491

Northern District of Ohio

Theodore Sahley v. Merck & Co., Inc., et al., C.A. No. 1:08-153
Panayiotis Balaouras v. Merck & Co., Inc., et al., C.A. No. 1:08-198

**MDL No. 1938 Schedule A (Continued)**

Southern District of Ohio

Dennis Kean v. Merck & Co., Inc., et al., C.A. No. 2:08-61

Eastern District of Pennsylvania

Fred Singer v. Merck & Co., Inc., et al., C.A. No. 2:08-331

District of Puerto Rico

Alexis Alicea-Figueroa, et al. v. Merck & Co., Inc., et al., C.A. No. 3:08-1099